*Ex parte* LAMPMAN.

The plaintiff in a justice's court recovered $40; and, on appeal, his recovery was reduced to $3, 12 1-2; *held,* that he was entitled to $7 costs with disbursements; and that the C. P. had no discretion to reduce the costs.

That discretion exists in those cases only, where the appellee recovers less in the C. P. than in the justice's court; but still more than $25.

LAMPMAN sued *Bennett* and others in a justice's court of the county of *Oneida ;* and recovered judgment for $40. The defendants appealed to the common pleas of that county ; and a verdict was rendered for the plaintiff, on trial there, for $3,12½. The court held that this was a case in which they might exercise a discretion as to costs, within the 41st section of the 50 dollar act, (*sess.* 47, *ch.* 238, *p.* 296,) and awarded the plaintiff $1 costs, only.

It was now submitted, by consent, to this court, whether the C. P. were correct in their construction of the act.

*Allen & Collins,* for the appellee.

*A. Bennett,* contra.

*Curia.* By the proviso to the 39th section of the statute in question, *in all cases* of appeal, if either party recover a sum not exceeding 25 dollars, his costs are not to exceed 7 dollars beside disbursements.

The case is, therefore, provided for by that section ; and the court below erred in not awarding the 7 dollars and disbursements.

The discretionary power of reducing the costs, is given by the 41st section, and is in cases not otherwise provided for. It can apply only to a case where the recovery in the common pleas is reduced below the recovery before the justice ; but still exceeds $25.